# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-33296 |
| Mildred Ann Grant | Chapter 13 |
| Debtor(s). | Judge Joan A. Lloyd |

### ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO PROPERTY KNOWN AS A 2015 JEEP GRAND CHEROKEE - VIN 1C4RJFBG7FC764534

For good cause shown, Fifth Third Bank, N.A. ("Movant") Motion for Relief from Stay is hereby granted.

The Court finds that the Movant filed a motion that requested Relief from Stay as it relates to the property described as a 2015 JEEP GRAND CHEROKEE - VIN 1C4RJFBG7FC764534 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

The Court further finds that the Debtor has not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to repossess the collateral, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The stay shall remain terminated in the event the Debtor converts to a different chapter until the Bankruptcy Code.

This is a final and appealable order.

**IT IS SO ORDERED.**

Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 22, 2021

Submitted by:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

Copies to:

Micah Daniels
401 West Main St, Suite 801
Louisville, Ky 40202
micah.daniels@thatlawlady.com
Attorney for Debtor

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Mildred Ann Grant, Debtor
1333 S. 26th St
Louisville, KY 40210